**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD ALBERT LOGSDON,

    Plaintiff,

-vs-                                        Case No.  8:06-CV-1244-T-30TBM

TAMPA GENERAL HOSPITAL, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court for consideration of Plaintiff's Petition to Place an Order on IFP Motion Requiring Payment of Filing Fee By Installment 28 U.S.C. § 1915(b) (Dkt. 5). On July 10, 2006, the Court directed the Florida Department of Corrections to place a lien on Plaintiff's inmate trust account pursuant to the Prison Litigation Reform Act ("PLRA") (Dkt. 4). The PLRA amended 28 U.S.C. § 1915(b) to provide methods to determine the appropriate amount of the initial partial filing fee where an inmate files an action *in forma pauperis* and further requires the inmate to make monthly payments thereafter to pay the full amount of the filing fee ($350.00). Pursuant to § 1915(b), as amended:

1. [I]f a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee [$350.00]. The court shall assess and, when funds, exist, collect, as a partial payment of any court fees required by law, an initial filing fee of 20 percent of the greater of –

    A. the average monthly deposits to the prisoner's account; or

    B. the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

  2. After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.

*See* 28 U.S.C. § 1915(b); Prison Litigation Reform Act of 1995, Title VIII, Section 804, Proceedings *In Forma Pauperis.* Thus, Plaintiff's request that he be allowed to make installment payments toward the payment of the filing fee and costs incurred when he filed his complaint is moot.

  ACCORDINGLY, the Court **ORDERS** that Plaintiff's Petition to Place an Order on IFP Motion Requiring Payment of Filing Fee By Installment 28 U.S.C. § 1915(b) (Dkt. 5) is **DENIED**.

  **DONE** and **ORDERED** in Tampa, Florida on September 5, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to*:*
*Pro se* Plaintiff

SA:jsh